UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CITY OF RED BLUFF,                          No. 2:08-cv-01902-MCE-DAD

      Plaintiff,

  v.
                                            **RECUSAL ORDER**
TEHAMA COLUSA CANAL
AUTHORITY, et al.,

      Defendants.
_____/

    It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned;

    IT IS HEREBY ORDERED that:

    1.   The undersigned recuses himself as the judge to whom this case is assigned;

    2.   All currently scheduled dates in the above-captioned action are VACATED;

    3.   The Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment;

1

    4.  That this case is reassigned to the Honorable Garland E. Burrell.  Henceforth the caption on all documents filed in the reassigned case shall be 2:08-cv-01902-GEB-DAD.

    IT IS SO ORDERED.

Dated: January 9, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE