UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF RED BLUFF,<br><br>           Plaintiff,<br><br>     v.<br><br>TEHAMA-COLUSA CANAL AUTHORITY;<br>UNITED STATES DEPARTMENT OF THE<br>INTERIOR, BUREAU OF RECLAMATION,<br><br>           Defendants. | 2:08-CV-01902-**GEB**-DAD<br><br><u>STATUS (PRETRIAL<br>SCHEDULING) ORDER</u> |

       The parties' Joint Status Report ("JSR") filed on November 20, 2008, indicates that the following Order should issue.

       Plaintiff states in the JSR that it "believes a motion to augment the record will be necessary." If Plaintiff concludes a motion to augment the administrative record is necessary, that motion shall be noticed to be heard no later than April 6, 2009 at 9:00 a.m.

       The parties indicate this action should be resolved by cross-motion for summary judgment. Therefore, the briefing schedule is as follows:

    1.   Plaintiff's opening summary judgment motion and brief shall be filed no later than June 19, 2009;

2. Defendants' summary judgment cross-motions and opposition briefs shall be filed no later than July 20, 2009;

3. Plaintiff's summary judgment opposition and reply briefs shall be filed no later than August 3, 2009;

4. Defendants' summary judgment reply briefs shall be filed no later than August 17, 2009;

5. Hearing on cross-motions for summary judgment is scheduled to commence at 9:00 a.m. on August 31, 2009.

IT IS SO ORDERED.

Dated: February 20, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge