IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF RED BLUFF, | 2:08-cv-01902-GEB-DAD |
| Plaintiff, | |
| v. | ORDER RE: SETTLEMENT AND DISPOSITION |
| TEHAMA COLUSA CANAL AUTHORITY; UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF RECLAMATION, | |
| Defendants. | |

On April 2, 2009, a Notice of Settlement was filed wherein Plaintiff states "this matter has settled [and] [a] Stipulation of Dismissal is being circulated to all parties for signature and will be filed once a conformed Stipulation has been received." Therefore, a dispositional document shall be filed no later than April 22, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional

papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated: April 10, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge